IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00553-WDM-CBS

PATRICK SWEENEY,

    Plaintiff,

v.

TELLURIDE SKI AND GOLF LLC.,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate Scheduling Conference and for Leave for An Additional Month to Accomplish Service (*doc. no. 6)* is **GRANTED**.  The scheduling conference set for June 12, 2007, is **VACATED** and **RESET** to **September 5, 2007, at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER ORDERED that Parties are to submit their respective confidential settlement memorandum and a joint proposed scheduling order on or before **August 29, 2007**.

    Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order.

    Parties shall e-mail their Confidential Settlement Statement, not to exceed fifteen (15) pages (including any attachments), in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  Confidential settlements that are over fifteen (15) pages are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS".

    IT IS FURTHER ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with  FED.R.CIV.P. 26(f), as amended, D.C.COLO.LCivR 26.1, and App. F on or before **August 15, 2007**.  It is further

**ORDERED** that on or before **August 29, 2007**, Parties shall comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1), as amended.

The plaintiff shall notify all parties who have not yet entered an appearance of the date and time of the scheduling/planning conference, and shall provide a copy of this Minute Order to those parties.

**DATED:**    June 7, 2007