IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00553-WDM -KLM

PATRICK SWEENEY,

    Plaintiff(s),

v.

TELLURIDE SKI AND GOLF LLC,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Plaintiff's Motion to Amend Complaint to Reflect Accurate Birthday of Plaintiff [Docket No. 11, Filed October 2, 2007].

    IT IS HEREBY **ORDERED** the motion is **GRANTED.**  The Clerk is directed to accept Document No. 11-2 for filing and docket it as "Second Amended Complaint" as of the date of this Order.

Dated:  October 5, 2007