IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00553-WDM-KLM

PATRICK SWEENEY,

    Plaintiff(s),

v.

TELLURIDE SKI AND GOLF LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Vacate and Continue Settlement Conference Set for March 6, 2008 [Docket No. 30; Filed February 21, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**. On February 22, 2008, the Court *sua sponte* reset the settlement conference to **May 27, 2008 at 1:30 p.m.** due to the parties' failure to comply with the Court's Instructions for Preparation of Settlement Statements [Docket No. 31].

    In addition, the Court refers the parties to the civil action number listed in the above caption and directs them to utilize this number in all future pleadings.

Dated: February 25, 2008