IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00553-WDM-KLM

PATRICK SWEENEY,

    Plaintiff(s),

v.

TELLURIDE SKI AND GOLF LLC,

    Defendant(s).

_____

**ORDER DEEMING REQUESTS FOR ADMISSIONS ADMITTED**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's Motion to Compel Pursuant to Fed. R. Civ. P. 37(a)(2) [Docket No. 34; Filed March 11, 2008] (the "Motion to Compel"). The Court granted Defendant's Motion to Compel in part on April 11, 2008 [Docket No. 45], but reserved a portion of the Motion to Compel for ruling on the issue of whether Defendant's Requests for Admissions should be deemed admitted. To this end, the Court directed Defendant to submit a verbatim copy of the Requests for Admissions. Defendant has timely complied with the Court's Order and submitted the Requests for Admissions [Docket No. 46-2].

Defendant propounded its Requests for Admissions on January 29, 2008.[1] [Docket No. 46-2 at 4]. Pursuant to Fed. R. Civ. P. 36, Plaintiff's response was due within thirty

---

[1] Defendant provides two different dates for service of its Requests for Admissions: January 29, 2008 [Docket Nos. 46 & 46-2] and January 30, 2008 [Docket No. 34]. Regardless of which date is correct, Plaintiff did not timely respond to the Requests for Admissions.

(30) days of service. Fed. R. Civ. P. 36(a)(3) clearly states that unless a response is received within thirty (30) days of a request for admissions, each item contained therein will be deemed admitted. *See Bergemann v. United States*, 820 F.2d 1117, 1120 (10th Cir. 1987) ("Unanswered requests for admission are deemed admitted."). "The rule is quite explicit that matters shall be deemed admitted unless, within the specified time limits, a written answer is filed or objections made." 8A Charles Alan Wright et al., *Federal Practice and Procedure* § 2259, at 551 (2d ed. 1994).

The Court notes that in his Response to the Motion to Compel, Plaintiff did not challenge Defendant's assertions that he was served with the Requests for Admissions on January 29, 2008, and that he failed to respond to them [Docket No. 36]. The Court has reviewed the Requests for Admissions and finds them to be reasonable. As such, Plaintiff is deemed to have admitted items 1-15 as set forth in the Requests for Admissions [Docket No. 46-2]. Accordingly,

IT IS HEREBY **ORDERED** that the portion of Defendant's Motion to Compel [Docket No. 34] regarding the Requests for Admissions is **GRANTED**. Items 1-15 are "conclusively established unless the court, on motion, permits the admission[s] to be withdrawn or amended." Fed. R. Civ. P. 36(b).

Dated: April 14, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix