IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00553-WDM-KLM

PATRICK SWEENEY,

    Plaintiff(s),

v.

TELLURIDE SKI AND GOLF LLC,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Jonathan S. Willett's Motion to Reconsider Order Denying Motion to Withdraw [Docket No. 49; Filed April 25, 2008] (the "Motion"). The Court denied the underlying motion [Docket No. 40] because the Court determined that the notice to Plaintiff [Docket No. 41] did not comply with D.C. Colo. L. Civ. R. 83.3(D) [Docket No. 48]. Although the notice did not contain a certificate of service on Plaintiff, Mr. Willett has directed the Court's attention to a separately-filed certificate of service of the notice on Plaintiff [Docket No. 43]. The Court now finds that Mr. Willett has satisfied the requirements of Local Rule 83.3(D). The Court also notes that Plaintiff did not object to his counsel's withdrawal. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorney Jonathan S. Willett is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk is instructed to delete Mr. Willett as an attorney of record, and to remove his name from the electronic certificate of mailing.

    The Court notes that pursuant to this Order, Plaintiff is now proceeding *pro se*. Plaintiff is responsible for complying with all applicable case deadlines and outstanding Orders of the Court.

    IT IS FURTHER **ORDERED** that the Clerk shall mail this Order and all future pleadings to Plaintiff at:

    Patrick Sweeney
    C.A. Sweeney
    Owen Dixon Chambers
    205 Williams Street

Melbourne VICTORIA 3000 Australia

Dated: April 30, 2008