IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00553-WDM-KLM

PATRICK SWEENEY,

    Plaintiff,

v.

TELLURIDE SKI AND GOLF, LLC,

    Defendant.

## ORDER ON DEFENDANT'S MOTION FOR COSTS

Miller, J.

This matter is before me on Defendant's Request Pursuant to Fed. R. Civ. P. 54(d) for Review of Costs Taxed by Deputy Clerk. On August 4, 2008 I dismissed this case without prejudice for failure to prosecute. (Doc no 59). However, because I did not expressly include an award of costs, Defendant's request for recovery of costs was denied by the deputy clerk of this court. Defendant now seeks an order taxing fees and costs.

I agree that Defendant is entitled to its costs pursuant to Fed. R. Civ. P. 54(d)(1). *Cantrell v. Int'l Brotherhood of Elec. Workers*, 69 F.3d 456 (10th Cir.1995) ("a defendant is a prevailing party under Rule 54 when, in circumstances not involving settlement, the plaintiff dismisses its case against the defendant, whether the dismissal is with or without prejudice"). Plaintiff's abandonment of this case is analogous to a voluntary

dismissal; accordingly, I agree that Defendant is the prevailing party in this matter.

Accordingly, it is ordered:

1. Defendant may have its costs.

DATED at Denver, Colorado, on January 26, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge